[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State ex rel. US Bank Trust, Natl. Assn. v. Trumbull Cty. Bd. of Commrs.*, Slip Opinion No. 2023-Ohio-1283.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2023-OHIO-1283

THE STATE EX REL. US BANK TRUST, NATIONAL ASSOCIATION, AS TRUSTEE OF AMERICAN HOMEOWNER PRESERVATION TRUST SERIES 2015A+, APPELLANT,

*v.* TRUMBULL COUNTY BOARD OF COMMISSIONERS, APPELLEE.

[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State ex rel. US Bank Trust, Natl. Assn. v. Trumbull Cty. Bd. of Commrs.*, Slip Opinion No. 2023-Ohio-1283.]

*Court of appeals' judgment affirmed on the authority of* State ex rel. US Bank Trust, Natl. Assn. v. Cuyahoga Cty.

(No. 2022-0680—Submitted April 18, 2023—Decided April 25, 2023.)

APPEAL from the Court of Appeals for Trumbull County, No. 2021-T-0023, 2022-Ohio-1817.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State ex rel. US Bank Trust, Natl. Assn. v. Cuyahoga Cty.*, __ Ohio St.3d __, 2023-Ohio-1063, __ N.E.3d __.

KENNEDY, C.J., and FISCHER, DEWINE, DONNELLY, STEWART, and BRUNNER, JJ., concur.

DETERS, J., not participating.

_____

Advocate Attorneys, L.L.P., Andrew M. Engel, and Marc E. Dann, for appellant.

Dennis Watkins, Trumbull County Prosecuting Attorney, and Lynn B. Griffith, Assistant Prosecuting Attorney; and Roetzel & Andress, L.P.A., and Stephen W. Funk, for appellee.

_____